IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON L. MILLIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-496 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| CORPORAL ALEX JACOB, *et al.*, | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 8, 2019, the Magistrate Judge issued a Report and Recommendation (Doc. 33) (the "Report"). The Report recommends that Defendants' Motion to Dismiss (Doc. 25) be granted and that Plaintiff's claims be dismissed with prejudice, as the facts averred preclude possible theories of recovery, and further opportunities to amend would be futile. (Report at 22.)

Plaintiff's deadline for objections to the Report was July 25, 2019. (Docket Text at Doc. 33.) To date, no objections have been filed.

The Court has conducted a *de novo* review of the pleadings and documents in this case, together with the Report. Agreeing with the Report's conclusions, the Court hereby adopts the Magistrate Judge's Report as the opinion of the District Court for substantially the same reasons as stated by the Magistrate Judge in her Report.

Accordingly, the Court orders as follows:

1

Defendants' Motion to Dismiss (Doc. 25) is GRANTED. Plaintiff's claims are DISMISSED with prejudice. The Court's judgment order will follow.

IT IS SO ORDERED.

July 31, 2019                                           s/Cathy Bissoon
                                                        Cathy Bissoon
                                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

RAMON L. MILLIGAN
877 VanKirk Street
Clairton, PA 15025